**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Richard Munns a/k/a Harold Richard Munns  *Plaintiff*  VS.  FCA US LLC and FCA US LLC PENSION PLAN  *Defendants* | )  )  )  )  )  )  )  )  )  ) Case Number: 3:23-cv-00404-DRL-MGG  ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned parties, by counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned case be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted this 26th day of April 2024.

/s/ Jeffrey D. Stanton
Jeffrey D. Stanton, I.D. #16204-55
216 Fourth Street
Logansport, IN 46947
Phone 574-732-0179

/s/ Brandy A. Kizer
Brandy A. Kizer, I.D. #38417-09
216 Fourth Street
Logansport, IN 46947
Phone 574-722-2535

/s/ Tina M. Bengs (e-signed with permission)
Tina M. Bengs, I.D. #19751-64
Ogletree Deakins Nash Smoak & Stewart P.C.
56 S. Washington St. Ste. 302
Valparaiso, IN 46383
Phone 219-242-8664